Air Force Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issues:

I. WHETHER THE MILITARY JUDGE ABUSED HIS DISCRETION BY FAILING TO SUPPRESS EVIDENCE OBTAINED FROM APPELLANT'S CELL PHONE.

II. WHETHER THE AIR FORCE COURT ERRED IN HOLDING APPELLANT WAIVED OBJECTIONS REGARDING INVESTIGATORS' EXCEEDING THE SCOPE OF APPELLANT'S CONSENT.

Briefs will be filed under Rule 25.

U.S.

v.

Tyler E. CZYZ

No. 17-0555/AF

U.S. Court of Appeals for
the Armed Forces.

August 21, 2017

CCA S32456

DAILY JOURNAL
Petitions for Grant of Review Filed

U.S.

v.

Marlin P. SHUPP, Jr.

No. 17-0554/AR

U.S. Court of Appeals for
the Armed Forces.

August 21, 2017

CCA 20160079

DAILY JOURNAL
Petitions for Grant of Review Filed

U.S.

v.

Joseph R. ARMSTRONG

No. 17-0556/AR

U.S. Court of Appeals for
the Armed Forces.

August 21, 2017

CCA 20150424

DAILY JOURNAL
Petitions for Grant of Review Filed

